UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>HAU PHUC NGUYEN,<br>  a/k/a Cizi,<br>    Defendant. | No. CR 12-00296 EJD<br><br>ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161<br><br>SAN JOSE VENUE |

This matter came before the Court for a status conference on Monday, September 24, 2012. Counsel for the government and for the defendant were present. Based on the hearing and at the request of the defendant, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(7)(A), considering the factors set forth in Section 3161(h)(7)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for investigation and effective preparation.

IT IS HEREBY ORDERED that this case is continued to Monday, November 5, 2012 at 1:30 p.m. for possible disposition or trial setting.

IT IS FURTHER ORDERED that the period of time from September 24, 2012 through and including November 5, 2012 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: 9/26/2012

_____
EDWARD J. DAVILA
United States District Judge

ORDER