MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00296 EJD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING DATE OF |
| v. | ) | SENTENCING HEARING |
| | ) | |
| HAU PHUC NGUYEN, | ) | |
| a/k/a Cizi, | ) | |
| | ) | SAN JOSE VENUE |
| Defendant. | ) | |
| | ) | |

The undersigned parties respectfully request that the sentencing hearing currently

scheduled for July 8, 2013 be continued to August 12, 2013.  The reason for the request is that

AUSA Susan Knight will be in trial before the Honorable Ronald M. Whyte in *United States v.*

*Evelyn Sineneng-Smith*, CR 10-00414 RMW, and will not be available on July 8, 2013.

Probation Officer Karen Mar has been informed of the new date and she has no objection.

SO STIPULATED:                                    MELINDA HAAG
                                          United States Attorney

DATED: 5/14/13                                    _____/s/_____
                                          SUSAN KNIGHT
                                          Assistant United States Attorney

DATED: 5/14/13                                    _____/s/_____
                                          ROBERT CARLIN
                                          Assistant Federal Public Defender

**ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in *United States v. Nguyen*, CR 12-00296 EJD, scheduled for July 8, 2013 is continued to August 12, 2013 at 1:30 p.m.

SO ORDERED.


DATED: _____5/20/2013_____                    EDWARD J. DAVILA
                                             United States District Judge